JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM ABNEY, <br> Petitioner, <br> vs. <br> KIMBERLY A. SEIBEL, Acting Warden, <br> Respondent. | Case No. EDCV 14-01361-VAP (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 27, 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1